```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

        -against-

JOSEPH CRAWFORD,
EDWIN SANTIAGO,

                      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2022
```

22 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold an initial conference in this action on **March 8, 2022**, at **1:00 p.m.** The conference will use the Court's videoconferencing system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 22, 2021), ECF No. 8 (finding that the COVID-19 pandemic requires judges to conduct criminal proceedings remotely).  Chambers will provide the parties with instructions on how to appear via video.

      To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone.  Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

      SO ORDERED.

Dated: March 2, 2022
       New York, New York

                                                ANALISA TORRES
                                      United States District Judge