# LAW OFFICES OF
# DANIEL A. MCGUINN

260 MADISON AVE, 17TH FLOOR, NEW YORK
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: D...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2022

May 11, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Edwin Santiago</u>, 22-cr-107(AT)

Dear Judge Torres:

    I represent Edwin Santiago in the above-captioned matter. I write to request a 60-day adjournment of the status conference currently scheduled for May 18, 2022. I have conferred with counsel for co-defendant Crawford and the Government and they join this request. For the reasons stated below, I respectfully request a 60-day adjournment of the status conference. If convenient for the Court, I request a date other than July 13, 14, 15, 18, 21 or 29.

    The government has disclosed discovery in this matter and extended plea offers to the defendants. Additional time is required for the defendants and counsel to review the discovery materials and continue plea discussions. For this reason, both defendants and defense counsel consent to the exclusion of time under the Speedy Trial Act until the adjourned conference date.

    I thank the Court in advance for its consideration of this request.

GRANTED. The conference scheduled for May 18, 2022, is ADJOURNED to **July 12, 2022**, at **11:00 a.m.** Time until July 12, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow for the parties to continue discussing a pretrial disposition of this matter and for Defendants to continue reviewing discovery.

SO ORDERED.

Dated: May 12, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge