```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/30/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JOSEPH CRAWFORD,

                Defendant.

22 Cr. 107-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On August 23, 2022, Defendant filed a motion to modify the conditions of his release. ECF No. 32. Defendant's letter states that the Government indicated to defense counsel that it opposes Defendant's motion. The Government has yet to file an opposition. Accordingly, by **September 2, 2022**, the Government shall file its opposition to Defendant's motion.

      SO ORDERED.

Dated: August 30, 2022
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge