```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

   -against-

JOSEPH CRAWFORD,

                          Defendant.

22 Cr. 107-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has considered Defendant's August 23, 2022 motion to modify the conditions of his release, ECF No. 32, as well as the Government's opposition, ECF No. 36. Accordingly, Defendant's motion is DENIED.

      SO ORDERED.

Dated: September 7, 2022
       New York, New York

                                                    ANALISA TORRES
                                          United States District Judge