```
                            LAW OFFICES
                     LAZZARO LAW FIRM, P.C.
                            360 COURT STREET
                                SUITE 3
                         BROOKLYN, NEW YORK 11201

                       TELEPHONE:  (718)  488 1900
                       TELECOPIER: (718)  488 1927
                       EMAIL: LAZZAROLAW@AOL.COM
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2022

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

\* ADMITTED IN NY & NJ

September 19, 2022

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Joseph Crawford et al**
            Case No.: 22 Cr. 107

Dear Judge Torres:

      As you are aware, this firm represents Mr. Joseph Crawford with regards to the above referenced case. At this time this matter is scheduled for a status conference for tomorrow, September 20th, 2022. However, I would like to formally request that the appearance be converted to a virtual appearance due to the fact that I have been ordered to appear in Queens County Supreme Court for a hearing (People v. Sante Bishop IND-70815-22) and therefore would be unable to appear in person before your Honor.

      If it is not possible to convert the status conference to a virtual appearance, I am respectfully requesting that the status conference be adjourned to a date after October 28th. I have conferred with co-counsel, Mr. Daniel McGuinness and with AUSA Kevin Mead and they do not object to this request. The Government would like to note that they strongly prefer that the matter be converted to a virtual appearance. In the event that the matter is adjourned, both Mr. McGuinness and I will waive speedy trial time until the next status conference. Please also note that in the event the matter is adjourned, the parties request that the Court set a motions schedule in which defense motions are due in 45 days, Government oppositions are due 14 days later, and defense replies are due 7 days later.

GRANTED. The conference on September 20, 2022, shall proceed by video conference. *See In re Coronavirus/ COVID-19 Pandemic*, 20 Misc. 176 (June 24, 2020). Chambers will provide the parties with instructions on how to appear via video. To optimize the quality of the video feed, only the Court, the Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2343 or (212) 861-0674 at the time of the hearing and entering access code 5598827.

SO ORDERED.

Dated: September 19, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge