```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSEPH CRAWFORD AND EDWIN SANTIAGO,

                            Defendants.

22 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for September 5, 2023, is ADJOURNED to **October 24**, **2023**, at **3:00 p.m.**

    SO ORDERED.

Dated: August 1, 2023
         New York, New York

ANALISA TORRES
United States District Judge