UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JOSEPH CRAWFORD AND EDWIN SANTIAGO,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2023
```

22 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled for October 24, 2023, is ADJOURNED to **November 7, 2023 at 3:30 p.m.**

SO ORDERED.

Dated: September 12, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge