```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/19/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JOSEPH CRAWFORD AND EDWIN
SANTIAGO,

               Defendants.

22 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for November 7, 2023, is ADJOURNED to **November 9, 2023,** at **3:30 p.m.**

    SO ORDERED.

Dated: October 19, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge