UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSEPH CRAWFORD and EDWIN SANTIAGO,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  10/23/2023

22 Cr. 107 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled for November 9, 2023, is ADJOURNED to **December 5, 2023,** at **2:00 p.m.**

SO ORDERED.

Dated: October 23, 2023
New York, New York

ANALISA TORRES
United States District Judge