USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/28/2024__

**LAW OFFICES**
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:  (718)  488 1900
TELECOPIER:  (718)  488 1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO  
RANDALL LAZZARO *

JAMES KILDUFF * JAMES KIRSHNER ROGER GREENBERG

* ADMITTED IN NY & NJ

February 27, 2024

**sent via ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Joseph Crawford**
      Criminal Case No.: 22-cr-00107-AT

Dear Judge Torres:

As you are aware, this firm represents Mr. Joseph Crawford with regards to the above referenced matter. At this time we would like to respectfully request a 30 day extension of surrender for Mr. Crawford. My office has spoken with Officer Courtney DeFeo of Southern District Pretrial Services and she has stated that Pretrial Services takes no position on this request. AUSA Kevin Mead has stated that the Government has no objections to this request. Mr. Crawford has not been designated to a facility.

In the event that your Honor grants the requested extension, we are respectfully also requesting that Mr. Crawford's conditions be modified so that he be allowed to travel to and live in the District of New Jersey since his girlfriend, who he is currently living with, will be moving to New Jersey on Friday, March 1st, 2024. My office has spoken with Officer Courtney DeFeo of Southern District Pretrial Services and she has stated that Pretrial Services has no objections to this

request. AUSA Kevin Mead has stated that the Government has no objections to this request and requests that the ankle bracelet be put back on Mr. Crawford.

       Thank you for your attention herein. If you have any questions and/or concerns with regards to this matter, please do not hesitate to contact the undersigned.

                                      LAZZARO LAW FIRM , P.C.

                                      BY:       /s/
                                                  Lance Lazzaro, Esq.

cc: AUSA Kevin Mead via ECF

GRANTED.

- Defendant shall surrender by **2:00 p.m.** on **April 1, 2024**.
- Defendant may travel to and reside within the District of New Jersey prior to his surrender.
- Prior to leaving this District, Defendant's ankle bracelet shall be reinstalled.

SO ORDERED.

Dated: February 28, 2024
      New York, New York

ANALISA TORRES
United States District Judge